**STATE of Missouri, Respondent,**

v.

**Gregory ANDERSON, Appellant.**

### ED 103828

Missouri Court of Appeals,
Eastern District,
<u>DIVISION ONE</u>.

Filed: February 28, 2017

Gwenda Renee Robinson, St. Louis, MO, for appellant.

Nathan J, Aquino, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

### PER CURIAM.

Gregory Anderson appeals from his convictions of one count of the class C felony of statutory rape in the second degree, Section 566.034, two counts of the class C felony of statutory sodomy in the second degree, Section 566.064, three counts of the class D felony of incest, Section 568.020, and one count of the class C felony of sexual misconduct involving a child by indecent exposure, Section 566.083 (RSMo 2012). We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).